#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE, a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANITA K. WARREN, et al.,<br><br>    Defendants. | Civil Action No.: 1:14-cv- 1808 ABJ DAR |

### DISTRICT TITLE'S MOTION FOR FEES AND COSTS PURSUANT TO MINUTE ORDER GRANTING LEAVE TO FILE REQUEST FOR FEES AND COSTS DATED SEPTEMBER 15, 2017

Plaintiff District Title, a Corporation ("District Title"), through undersigned counsel and, pursuant to the Minute Order entered September 15, 2017, granting District Title leave to seek fees and expenses related to the deposition scheduled for August 10, 2017, hereby submits District Title's Motion for Fees and Costs. In support thereof, District Title respectfully invites the Court's attention to the attached Memorandum of Points and Authorities.

Date: September 22, 2017                    Respectfully Submitted,

                                             /s/ David H. Cox
                                            _____
                                            David H. Cox, Esquire
                                            D.C. Bar #250167
                                            Brian W. Thompson, Esquire
                                            D.C. Bar #496467
                                            JACKSON & CAMPBELL, P.C.
                                            1120 20th Street, NW, South Tower, Ste. 300
                                            Washington, DC 20036
                                            (202) 457-1600
                                            (202) 457-1678 (fax)
                                            dcox@jackscamp.com
                                            bwthompson@jackscamp.com
                                            *Counsel for Plaintiff*

3620340v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2017, I served Matthew August LeFande, Esquire, counsel for Defendants, and Horace Bradshaw, Esquire, counsel for Matthew LeFande, with a copy of this Motion by via ECF.

/s/ David H. Cox

David H. Cox

## CERTIFICATE REGARDING DUTY TO CONFER

Consent to payments of the amount of fees and expenses sought in this motion was requested from Horace Bradshaw, counsel for Matthew LeFande. Mr. Bradshaw did not respond prior to the filing of this motion.

/s/ Brian W. Thompson

Brian W. Thompson