# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

DISTRICT TITLE, A CORPORATION,

    Plaintiff

v.

ANITA K. WARREN, et al.,

    Defendants.

Civil Action No.: 1:14-cv- 1808 ABJ DAR

## ORDER GRANTING DISTRICT TITLE'S MOTION FOR FEES AND COSTS PURSUANT TO MINUTE ORDER GRANTING LEAVE TO FILE REQUEST FOR FEES AND COSTS DATED SEPTEMBER 15, 2017

Upon consideration of District Title's Motion for Fees and Expenses, any opposition filed thereto, and the entire record of this case, the Court finds that the Motion should be **GRANTED**.

It is therefore, this ___ day of _____, 2017,

**ORDERED** that the Motion for Fees and Expenses is **GRANTED**, and it is further

**ORDERED** that Matthew LeFande shall pay the amount of $4,121.50 to counsel for District Title within seven (7) days of the entry of this Order.

                                                                     _____
                                                                     U.S. DISTRICT COURT
                                                                     MAGISTRATE JUDGE DEBORAH A. ROBINSON


Copies to:

David H. Cox, Esquire
Brian W. Thompson, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower, 3rd Floor
Washington, D.C. 20036

Matthew August LeFande, Esquire
Attorney at Law PLLC
4585 North 25th Road
Arlington, V.A. 22207

Horace Bradshaw, Esquire
1644 6th Street NW
Washington, DC 20001

3620340v.1