

**Jackson & Campbell**
Attorneys and Counselors at Law

Brian W. Thompson
202.457.1648
Fax 202.457.1678
bwthompson@jackscamp.com

June 13, 2017

By First-Class Mail and Email (matt@lefande.com)

Matthew August LeFande, Esq.
4585 North 25th Road
Arlington, VA 22207

      Re: District Title v. Anita Warren, et al.,
         1:14-cv-1808 ABJ DAR; Our File No. 041508.00001

Dear Mr. LeFande:

  As you are aware, the Court entered an Order granting District Title leave to serve a subpoena upon you for your deposition *duces tecum*. It is our intent to schedule your deposition for the week of July 10, 2017. The deposition will be conducted at our office in the District of Columbia.

  Please provide us, prior to 5:00 pm on June 16, 2017, with the dates and times for the week of July 10, 2017, for which you are available. Should you have any questions regarding your deposition or wish to discuss arrangements for the deposition, please do not hesitate to contact us.

            Sincerely yours,

            JACKSON & CAMPBELL, P.C.

            By: _____
              Brian W. Thompson

BWT/pjd
cc: David H. Cox, Esquire

EXHIBIT 2

3314599v.1
Jackson & Campbell, P.C. • 1120 Twentieth Street, N.W. • South Tower • Washington, D.C. 20036-3437 • 202.457.1600 • www.jackscamp.com
By Appointment Only: Rockville MD • Vienna VA • Baltimore MD