## Thompson, Brian W.

| | |
|---|---|
| **From:** | Dyson, Pauline J. |
| **Sent:** | Monday, July 24, 2017 3:00 PM |
| **To:** | 'matt@lefande.com' |
| **Cc:** | Cox, David H.; Thompson, Brian W. |
| **Subject:** | District Title v. Anita Warren, et al. |
| **Attachments:** | 7.24.17 Letter to Matthew LeFande re_ deposition dates.PDF |

Please see attached correspondence.

Thank you.

*Pauline J. Dyson*
**Legal Assistant to David H. Cox, Esquire**
**JACKSON & CAMPBELL, P.C.**
**1120 20th Street, N.W.**
**Suite 300 South**
**Washington, D.C. 20036**
**(202) 457-1641**
**(202) 457-1678 (fax)**
**pdyson@jackscamp.com**
**www.jackscamp.com**

**Privileged and Confidential Communication**

The information contained in this e-mail message may involve confidential and/or privileged material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed.



EXHIBIT 3

1