

**Jackson & Campbell**
Attorneys and Counselors at Law

Brian W. Thompson
202.457.1648
Fax 202.457.1678
bwthompson@jackscamp.com

July 24, 2017

By Overnight Delivery and Email (matt@lefande.com)

Matthew August LeFande, Esq.
4585 North 25th Road
Arlington, VA 22207

      Re: District Title v. Anita Warren, et al.,
          1:14-cv-1808 ABJ DAR; Our File No. 041508.00001

Dear Mr. LeFande:

As you are aware, the Court entered an Order granting District Title leave to serve a subpoena upon you for your deposition *duces tecum*. Additionally, Judge Amy Berman Jackson overruled your objections to said Order. It is our intent to schedule your deposition for the 9th, 10th, or 11th of August, 2017. The deposition will be conducted at our office in the District of Columbia.

Please provide us, prior to 5:00 pm on July 25, 2017, with your availability for the 9th, 10th, and 11th, of August, 2017.

Sincerely yours,

JACKSON & CAMPBELL, P.C.

By: _____
Brian W. Thompson, Esquire

BWT/pjd
cc: David H. Cox, Esquire

EXHIBIT 4