## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DISTRICT TTITLE, A Corporation )
Plaintiff )
)
vs )   Case Number: 1:14-cv-1808 DAR ABJ
)
ANITA K. WARREN, et al )
Defendant )
)

### ATTEMPTED AFFIDAVIT OF SERVICE

I, David Barefoot, depose and state that I am not a party to this action, am over the age of eighteen and a private process server for the firm of Torri's Legal Services, P.O. Box 18647, Washington, DC 20036.

At the request of Jackson & Campbell, P.C. I was asked to serve a Subpoena to Testify at a Deposition in a Civil Action, Notice of Videotaped Oral Deposition and Deposition Duces/Tecum of Matthew Lefande and Exhibit A on Matthew Lefande and the given address of 4585 North 25th Road, Arlington, VA 22207.

I received papers on July 27, 2017.

That July 27, 2017 at approximately 6:06 p.m. I attempted to serve Mr. Lefande at the given address. I knocked and was greeted by the maid service. Per the maids, Mr. Lefande drives a big size SUV and he was not home at the time of the attempted serve. I sat surveillance on the residence. At approximately 8:45 p.m. a black SUV did a U-turn at the top of the cul-de-sac once he saw a car sitting near his house. The same car also did the same thing around 9:20 p.m. the car windows were very dark and I was unable to identify who was driving the vehicle. I was at the house waiting for Mr. Lefande from 6:00 p.m. until approximately 10:30 p.m. I again knocked on the front door and there were dogs barking but nobody would come to answer the door. I did not see anyone enter or leave the house other than the maids.

That on July 28, 2017 at approximately 7:21 p.m. I attempted to serve Mr. Lefande at the given address. I knocked for a few minutes but did not receive an answer. I could hear dogs barking and I proceeded to leave a note on the door requesting a call from Mr. Lefande.

That on July 29, 2017 at approximately 8:56 p.m. I attempted to serve Mr. Lefande at the given address. I knocked for about five minutes but no one answered the front door. I could hear dogs barking but there was no visible SUV in the driveway or any visible lights on in the house. The note that I posted on my previous visit was no longer attached to the door.

That on July 31, 2017 at approximately 11:45 a.m. I attempted to serve Mr Lefande at the given address. I knocked for approximately seven minutes with no answer. I could hear dogs barking from the inside of the residence.

That on August 2, 2017 t approximately 3:45 p.m. I attempted to serve Mr. Lefande at the given address. I knocked for several minutes but did not receive a greeting. I could hear dogs barking

EXHIBIT 6

from inside of the residence. On this visit I left a note attached to the front door requesting Matthew Lefande to call me to arrange a date and place to accept service of process.

That on August 5, 2017 at approximately 2:53 p.m. I attempted to serve Mr. Lefande at the given address. I knocked on the door for several minutes but did not receive a greeting. I waited for approximately one hour but no one entered or exited the residence. The note I left attached to the front door on my previous attempt was no longer there.

As of this date I have not received any phone calls, messages, texts or emails from Matthew Lefande regarding accepting service of process.

The undersigned declares and affirms that he has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by David Barefoot, process server.

Sworn to and subscribed before me on
08/10/2017

E. Torri Schaffer, Notary Public
Commission Expires 11/29/2020

34861

**David Barefoot**
P.O. Box 18647
Washington, DC 20036
(202) 296-0222

E. TORRI SCHAFFER
Notary Public
State of Maryland
Montgomery County
My commission exp. November 29, 2020