## Thompson, Brian W.

| | |
|---|---|
| **From:** | Thompson, Brian W. |
| **Sent:** | Thursday, August 03, 2017 2:30 PM |
| **To:** | 'Matthew August LeFande' |
| **Cc:** | Cox, David H. |
| **Subject:** | Deposition Notice |

Mr. LeFande: As you know, we were given leave by the Court to take your deposition. We previously attempted to contact you to obtain dates on which you would be available for your deposition, but no response was received from you. On July 27th, a subpoena was issued for your deposition noting your deposition for August 10th. We have been informed by our process server that multiple attempts have been made to serve you with the subpoena and notice of deposition, but it appears that you are evading service. So as to avoid any additional delay or request to the Court, is there a time and location upon which we may agree that the subpoena and notice of deposition may be served upon you?

**Brian W. Thompson**
**JACKSON & CAMPBELL, P.C.**
1120 20th Street, N.W.
Suite 300 South
Washington, D.C. 20036
(202) 457-1648
(202) 457-1678 (fax)
BWThompson@jackscamp.com
www.jackscamp.com



**Attorney/Client Privileged, Protected and Confidential Communication**

The information contained in this e-mail message may contain attorney/client privileged, protected and confidential material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed.

1



EXHIBIT 7