```
PAGE    2
DESCRIPTION OF SERVICES
    through August 31, 2017
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/03/17 | DHC | [redacted] | |
| 08/03/17 | BWT | (DC) Confer D. Cox re LeFande; Phone call with process server; Email LeFande. | .30 |
| 08/03/17 | BWT | [redacted] Email M. LeFande re deposition. | .10 |
| 08/05/17 | BWT | (DC) Emails re attempted service on LeFande | .10 |
| 08/08/17 | BWT | (DC) Review documents and prepare for LeFande deposition. | 2.40 |
| 08/09/17 | BWT | (DC) Confer re LeFande Deposition; Analyze and prepare for deposition. | 3.20 |
| 08/10/17 | DHC | Various conferences with Mr. Thompson re: failure of LeFande to appear at deposition and next steps. | .40 |
| 08/10/17 | BWT | (DC) Additional deposition prep; Waiting; On record to note. | 1.80 |
| 08/30/17 | DHC | [redacted] | |
| 08/30/17 | BWT | [redacted] | |
| 08/31/17 | DHC | [redacted] | |
| 08/31/17 | BWT | [redacted] | |

```
                        TOTAL SERVICES----------    $3,337.50

    DHC  -  DAVID H. COX
    BWT  -  BRIAN W. THOMPSON
```


EXHIBIT 8