


JACKSON & CAMPBELL, P.C.
ATTN: PAULINE J. DYSON
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

### August 11, 2017

Invoice #: 34861
Client File#:

Please reference Job # **34861** when remitting.

| | | | | | |
|---|---|---|---|---|---|
| **Job #:** 34861 | **Recipient:** Matthew Lefande | | **Rec'd:** 7/27/2017 | | |
| **Your #:** | | | **Served:** | | |
| | **Person Served:** Not Served | | **Method:** NON SERVE | | |
| | **Location Served:** | | | | |
| Date | Description | | Qty | Fee | Total Fee |
| | Attempted Service | | 1 | $95.00 | $95.00 |
| | Stake Out | | 5.5 | $85.00 | $467.50 |

**Plaintiff:** DISTRICT TTITLE, A Corporation
**Defendant:** ANITA K. WARREN, et al
**Case #:** 1:14-cv-1808 DAR ABJ

**BALANCE DUE =** $562.50

## Quality legal services based on confidence, trust and results!



EXHIBIT 9

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV