# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 359869 | 8/31/2017 | 336212 |
| Job Date | Case No. | |
| 8/10/2017 | | |

**Case Name**

District Title v. Anita K. Warren, et al

**Payment Terms**

Due upon receipt

Brian Thompson
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300 - South Tower
Washington, DC 20036

Matthew LeFande
   Video Cancellation                                          325.00      325.00

                                          **TOTAL DUE >>>**    **$325.00**

Job Location: Washington, DC

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245

Phone: 202-457-1600   Fax:202.457.1678

*Please detach bottom portion and return with payment.*

Brian Thompson
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300 - South Tower
Washington, DC 20036

Job No.      : 336212            BU ID        : DC
Case No.     :
Case Name    : District Title v. Anita K. Warren, et al

Invoice No.  : 359869            Invoice Date : 8/31/2017
**Total Due** : **$325.00**

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA 19182-2804**


EXHIBIT 10

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: