# INVOICE

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460   Fax:215.207.9461

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 356355 | 8/21/2017 | 336211 |
| Job Date | Case No. | |
| 8/10/2017 | | |

| Case Name |
|---|
| District Title v. Anita K. Warren, et al |

| Payment Terms |
|---|
| Due upon receipt |

Brian Thompson
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300 - South Tower
Washington, DC 20036

Matthew LeFande
    Attendance Fee      80.00    80.00
    Certificate of Non Appearance    145.00    145.00
    GoGreenScripts Lit Package    35.00    35.00

**TOTAL DUE >>> $260.00**

Job Location: Washington, DC

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 20-8474245      Phone: 202-457-1600   Fax:202.457.1678

*Please detach bottom portion and return with payment.*

Brian Thompson
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300 - South Tower
Washington, DC 20036

Job No.     : 336211        BU ID        : DC
Case No.    :
Case Name   : District Title v. Anita K. Warren, et al

Invoice No. : 356355        Invoice Date : 8/21/2017
**Total Due** : **$260.00**

Remit To:  **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**


EXHIBIT 11

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: