IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE, a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANITA K. WARREN, et al.,<br><br>    Defendants. | Civil Action No.: 1:14-cv- 1808 ABJ |

**AFFIDAVIT OF ATTORNEY DAVID H. COX, ESQUIRE**

I, David H. Cox, Esq., declare the following under oath and under penalty of perjury:

1. I am over the age of eighteen (18) and have personal knowledge of the matters set forth herein.

2. I am David H. Cox of Jackson & Campbell, P.C. I am counsel to Plaintiff District Title in the present case.

3. I have been in private civil practice in the District of Columbia for a period of time in excess of 35 years. I am admitted to practice in the District of Columbia, Maryland, and Virginia. I am also a member in good standing of the United States District Court for the District of Columbia. I have been employed with Jackson & Campbell, P.C. in the District of Columbia since 1978, and have been a Director of Jackson & Campbell, P.C. since 1984.

4. I received my B.A. from The Ohio State University in 1975 and my J.D. from Georgetown University Law Center in 1978.

5. My hourly rate charged in this matter is $385.00 per hour. This amount is below the hourly rate deemed reasonable under the United States Attorney's Office Matrix, which, for me, would be $602.00 per hour.

EXHIBIT 12

3620461v.1

6. The attorneys' fee award sought has been calculated by multiplying my reasonable hourly rate and Brian W. Thompson's reasonable hourly rate by the number of hours that he and I reasonably expended related to attempting to depose Matthew LeFande in August of 2017.

7. The reasonable number of hours expended are 7.9 hours for Brian W. Thompson, Esquire, and 0.4 hours for me.

8. The redacted time sheet submitted with District Title's Motion is an accurate representation of the time expended.

9. The reasonable attorneys' fees, as calculated by counsel for District Title, related to Mr. LeFande's actions in avoiding his deposition in August of 2017 are $2,524.00.

Further Delcarant sayeth not.

_____
David H. Cox, Esquire

District of Columbia:    To Wit:

Subscribed and sworn to this 22nd day of September, 2017, before me a Notary Public in and for the jurisdiction aforesaid.

_____
Notary Public

{Seal}

3620461v.1