IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE, a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANITA K. WARREN, et al.,<br><br>    Defendants. | Civil Action No.: 1:14-cv- 1808 ABJ |

### AFFIDAVIT OF ATTORNEY BRIAN W. THOMPSON, ESQUIRE

I, Brian W. Thompson, Esq., declare the following under oath and under penalty of perjury:

    1.  I am over the age of eighteen (18) and have personal knowledge of the matters set forth herein.

    2.  I am Brian W. Thompson of Jackson & Campbell, P.C. I am counsel to Plaintiff District Title in the present case.

    3.  I have been in private civil practice for a period of time in excess of 12 years. I am admitted to practice in the District of Columbia and Maryland. I am also a member in good standing of the United States District Court for the District of Columbia. I have been employed with Jackson & Campbell, P.C. in the District of Columbia since May of 2014.

    4.  I received my B.A. from the University of North Carolina – Chapel Hill in 2001 and my J.D. from Tulane Law School in 2004.

    5.  My hourly rate charged in this matter is $300.00 per hour. This amount is below the hourly rate deemed reasonable under the United States Attorney's Office Matrix, which, for me, would be $483.00 per hour.

    6.  The attorneys' fee award sought has been calculated by multiplying my reasonable

EXHIBIT 13

3620452v.1

hourly rate and David H. Cox's reasonable hourly rate by the number of hours that he and I reasonably expended related to attempting to depose Matthew LeFande in August of 2017.

7. The reasonable number of hours expended are 7.9 hours for me and 0.4 hours for David H. Cox, Esquire.

8. The redacted time sheet submitted with District Title's Motion is an accurate representation of the time expended.

9. The reasonable attorneys' fees, as calculated by counsel for District Title, related to Mr. LeFande's actions in avoiding his deposition in August of 2017 are $2,524.00.

Further Delcarant sayeth not.

_____
Brian W. Thompson, Esquire

District of Columbia:   To Wit:

Subscribed and sworn to this 22nd day of September, 2017, before me a Notary Public in and for the jurisdiction aforesaid.

_____

{Seal}                                    Notary Public



3620452v.1