# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE,<br><br>        Plaintiff,<br><br>    v.<br><br>ANITA K. WARREN, *et al.*,<br><br>        Defendants. | Civil Action No. 14-1808<br>ABJ/DAR |

## ORDER

The undersigned hereby asks that the Clerk's Office open a miscellaneous action entitled "In re the Deposition of Matthew A. LeFande, Esq." The Clerk is also asked that said miscellaneous action be identified as related to Civil Action 14-1808. It is further asked that all docket entries in the civil action from June 2, 2017, through the present be filed in the miscellaneous action. All further filings which relate solely to the deposition shall be made in the miscellaneous action.

September 29, 2017

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge