### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE, a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANITA K. WARREN, et al.,<br><br>    Defendants. | Civil Action No.: 1:14-cv- 1808 ABJ DAR |
| In re Deposition of Matthew A. LeFande, Esq. | Misc. No.: 1:17-mc-02466-ABJ-DAR |

**DISTRICT TITLE'S EXHIBIT LIST FOR HEARING SCHEDULED FOR JULY 27, 2018**

Plaintiff District Title, a Corporation ("District Title"), through undersigned counsel, hereby submits its Exhibit List for the hearing scheduled for July 27, 2018, pursuant to the Order entered July 16, 2018 as Document No. 141 in the Misc. Proceeding and as Document No. 134 in the Civil Proceeding. Plaintiff intends to introduce the following into evidence at the hearing scheduled for July 27, 2018:

1. Deed transferring 12390 Point Lookout Road     Copy Attached
   Scotland, Maryland

2. Agreement as to Distribution of Proceeds     Copy Attached

3. Assignment of Funds     Copy Attached

4011991v.1

| | | |
|---|---|---|
| 4. | 1099 Information Sheet | Copy Attached |
| 5. | HUD-1 Settlement Statement | Copy Attached |
| 6. | Receipt – Recipient Transfer | Copy Attached |
| 7. | Wiring Instructions | Copy Attached |
| 8. | Selected Excerpt of Transcript of Proceedings in 18-C-15-000820 on Tuesday, December 12, 2016 in Circuit Court for St. Mary's County, Maryland | Copy Attached |
| 9. | Selected Excerpt of Transcript of Proceedings in 18-C-15-000820 on Tuesday, December 13, 2016 in Circuit Court for St. Mary's County, Maryland | Copy Attached |
| 10. | Request for International Judicial Assistance (Letter Rogatory) dated March 27, 2017 | Copy Attached |
| 11. | Plaintiff's Status Report Regarding Further Proceedings Following Memorandum Opinion And Order | Docket No. 113 in Civil Case |
| 12. | Memorandum Opinion and Order | Docket No. 110 in Misc. Case |
| 13. | Memorandum Opinion and Order | Docket No. 113 in Misc. Case |
| 14. | Order Regarding Deposition | Docket No. 115 in Misc. Case |
| 15. | Suggestion of Bankruptcy | Docket No. 118 in Misc. Case |
| 16. | Order | Docket No. 119 in Misc. Case |
| 17. | Minute Entry and Order of 9/21/17 | Docketed 9/21/17 in Misc. Case |
| 18. | Transcript of Hearing Held 9/21/17 | Copy Attached |
| 19. | Order Supplementing Ruling from the Bench | Docket No. 121 in Misc. Case |
| 20. | District Title's Filing Regarding Questions to Have Been Asked and Exhibits to Have Been Introduced at the Deposition of Matthew LeFande | Docket No. 124 in Misc. Case |
| 21. | Memorandum Opinion and Order | Docket No. 130 in Misc. Case |
| 22. | Minute Entry for Proceedings Held 2/27/18 | Docketed 2/27/18 in Misc. Case |

4011991v.1

23. Certification of Facts Constituting Civil Contempt    Docket No. 137 in Misc. Case

24. Printout of Selected Page from www.lefande.com    Copy Attached

25. Printout of Selected Facebook Post    Copy Attached

Date: July 25, 2018    Respectfully Submitted,

/s/ David H. Cox

David H. Cox, Esquire
D.C. Bar #250167
Brian W. Thompson, Esquire
D.C. Bar #496467
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower, Ste. 300
Washington, DC 20036
(202) 457-1600
(202) 457-1678 (fax)
dcox@jackscamp.com
bwthompson@jackscamp.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2018, I served Matthew August LeFande, Esquire, counsel for Defendants, and Horace Bradshaw, Esquire, counsel for Matthew LeFande, with a copy of this Exhibit List and attachments by via ECF.

/s/ David H. Cox

David H. Cox