LIBER 4125 FOLIO 129

Action Settlement Group, LLC
File No. 14-0174
Tax ID # 01-048333

**This Deed**, made this 20th day of November, 2014, by and between Timothy W. Day, GRANTOR, and Matthew Ashburn, GRANTEE.

**Witnesseth** —

**That in consideration** of the sum of Eighty-Nine Thousand and 00/100 Dollars ($89,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt of which is hereby acknowledged, the said Grantor does hereby grant and convey to the said Grantee, as sole owner, in fee simple, all that lot of ground situate in the County of St. Mary's, State of Maryland and described as follows, that is to say:

Being all that portion of a tract of land originally known as Part of Scotland, sometimes Waverly, and more recently known as "The Nettie I. Gray Place", which lies on the South side of the road leading from the State Road to the farm known as Waverly, the said road being always known as the Waverly Road. The same being more particularly described as beginning for the Northwest corner of the same on the said Waverly Road where it intersects with the Maryland State Road and running East with the said Waverly Road to the Waverly Gate, thence running from said gate South to the Late J. Frank Smith's Woodland, thence with said Woodland West to the said State Road, thence North with said State Road to the Waverly Road the place of beginning, containing about 8 acres, more or less.

Saving and Excepting therefrom Lot One "Willis Estate Subdivision", as per Plat recorded among the Plat Records of St. Mary's County, Maryland in Plat Liber EWA 34, page 82.

The land conveyed herein is shown on said plat recorded at Liber EWA 34, page 82 as the "Outparcel" containing 7.00 acres, more or less.

**FOR INFORMATIONAL PURPOSES ONLY**

The improvements thereon being commonly known as No. 12390 Point Lookout Road, Scotland, Maryland 20687.

> BEING the same property conveyed to Timothy W. Day from Anita K. Warren, surviving Joint Tenant of Kathryn R. Warren, deceased, by Deed dated June 18, 2008, and recorded on June 23, 2008 among the Land Records of St. Mary's County, Maryland in Liber 3181, Folio 769. The said Kathryn R. Warren having departed this life on or about June 17, 2000.

Tax ID# 01-048333

**Together with** the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Matthew Ashburn, as sole owner, in fee simple.

**And** the Grantor hereby covenants that he has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that he will warrant Specially the property hereby granted; and that he will execute such further assurances of the same as may be requisite.



EXHIBIT 1

LIBER 4125 FOLIO 130

**In Witness Whereof,** Grantor has caused this Deed to be properly executed and sealed the day and year first above written.

_____          _____ (SEAL)
                                     Timothy W. Day

STATE OF MARYLAND         } ss
COUNTY OF ST. MARY'S

I hereby certify that on this 20th day of November, 2014, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Timothy W. Day, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be his act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

STEPHEN A. ILLYEFALVI
NOTARY PUBLIC
BALTIMORE CITY
STATE OF MARYLAND
COMM. EXP. 4/24/2015

_____
Notary Public

My Commission Expires: _____

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____See attached_____
Attorney

AFTER RECORDING, PLEASE RETURN TO:
Action Settlement Group, LLC
1010 Light Street
Baltimore, MD 21230

THIS IS TO CERTIFY THAT ALL TAXES ON THIS PROPERTY HAVE BEEN PAID THROUGH June 30, 2015
Christine Kelly, TREASURER
ST. MARY'S COUNTY, MD
01048333
1/13/15

LIBER 4125 FOLIO 131

This is to certify that the within instrument was prepared by or under the supervision of the below attorney admitted to practice before the Court of Appeals of Maryland.

_____
Shawn A. Goldfaden, Esq.

LIBER 4125 FOLIO 132

**2014 MARYLAND FORM**

**Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate**
**Affidavit of Residence or Principal Residence**

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**
Name of Transferor       Timothy W. Day

**2. Reasons for Exemption**

**Resident Status**
☐ I, Transferor, am a resident of the State of Maryland.
☐ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR) 03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**
☒ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 and is recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

Witness: [signature]

Timothy W. Day
Name

[signature]
Signature

**3b. Entity Transferors**

Witness/Attest

Name of Entity

By

Name

Title

File No. 14-0174   Re: 12390 Point Lookout Road, Scotland, MD 20687

14-49

**State of Maryland Land Instrument Intake Sheet**  
☐ Baltimore City ☒ County: St. Mary's

LIBER 4125 FOLIO 133

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*  
(Type or Print in Black Ink Only—All Copies Must Be Legible)

*Space Reserved for Circuit Court Clerk Recording Validation*

### 1 Type(s) of Instruments
( ☐ Check Box if addendum Intake Form is Attached.)

| 1 | Deed | Mortgage | Other ____ | Other ____ |
| 2 | Deed of Trust | Lease | | |

### 2 Conveyance Type Check Box
| ☒ Improved Sale Arms-Length [1] | ☐ Unimproved Sale Arms-Length [2] | ☐ Multiple Accounts Arms-Length [3] | ☐ Not an Arms-Length Sale [9] |

### 3 Tax Exemptions (if applicable) Cite or Explain Authority
- Recordation
- State Transfer
- County Transfer

### 4 Consideration and Tax Calculations

**Consideration Amount**

| Purchase Price/Consideration | $ 89,000.00 |
| Any New Mortgage | $ 80,100.00 |
| Balance of Existing Mortgage | $ |
| Other: | $ |
| Other: | $ |
| Full Cash Value: | $ |

**Finance Office Use Only — Transfer and Recordation Tax Consideration**

| Transfer Tax Consideration | $ |
| X ( ) % = | $ |
| Less Exemption Amount – | $ |
| Total Transfer Tax = | $ |
| Recordation Tax Consideration | $ |
| X ( ) per $500 = | $ |
| **TOTAL DUE** | $ |

### 5 Fees

| Amount of Fees | Doc. 1 | Doc. 2 |
|---|---|---|
| Recording Charge | $ 20.00 | $ 75.00 |
| Surcharge | $ 40.00 | $ 40.00 |
| State Recordation Tax | $ 712.00 | $ |
| State Transfer Tax | $ 445.00 | $ |
| County Transfer Tax | $ 890.00 | $ |
| Other | $ | $ |
| Other | $ | $ |

Agent:  
Tax Bill:  
C.B. Credit:  
Ag. Tax/Other:

### 6 Description of Property
*SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).*

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 01-048333 | 3181/769 | | | ☐ (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | | | | 34/82 | |

Location/Address of Property Being Conveyed (2)  
12390 Point Lookout Road, Scotland, MD 20687

Other Property Identifiers (if applicable)  
Water Meter Account No.

Residential ☒ or Non-Residential ☐    Fee Simple ☒ or Ground Rent ☐    Amount: N/A  
Partial Conveyance? ☐ Yes ☒ No   Description/Amt. of SqFt/Acreage Transferred: N/A

If Partial Conveyance, List Improvements Conveyed: N/A

### 7 Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Timothy W. Day | Matthew Ashburn |

| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

### 8 Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Matthew Ashburn | Michael Lyon |

New Owner's (Grantee) Mailing Address  
1412 Morse Street, NE, Washington, DC 20002

### 9 Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | Quicken Loans, Inc. |

### 10 Contact/Mail Information

Instrument Submitted By or Contact Person  
Name: Office01  
Firm: Action Settlement Group, LLC  
Address: 1010 Light Street  
Baltimore, MD 21230    Phone: (443) 983-3080

☒ Return to Contact Person  
☐ Hold for Pickup  
☐ Return Address Provided

### 11
**IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

**Assessment Information**

| | Yes | ☒ No | Will the property being conveyed be the grantee's principal residence? |
| | Yes | ☒ No | Does transfer include personal property? If yes, identify: |
| | Yes | ☒ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

*Space Reserved for County Validation*

Distribution: ☐ Clerk's Office  ☐ SDAT  
☐ Office of Finance  ☐ Preparer

AOC-CC-300 (5/2007)

14-0174

LIBER 4125 FOLIO 134

## DOCUMENT VALIDATION

```
LR - Deed (w Taxes)
Recording Fee - ALL
                    20.00
Grantor/Grantee Name:
DAY/ASBURN
Reference/Control #:
4125/129 BOX/RECORDS
ON TIME
LR - County Transfer
Tax - linked    890.00
LR - Surcharge -
linked           40.00
LR - Recordation Tax -
linked          712.00
LR - State Transfer
Tax - linked    445.00
LR - Non-Resident Tax
- linked          0.00
==================
SubTotal:     2,107.00
==================
Total:        2,222.00
01/13/2015  02:03
                CC16-AB
#3731457 CC0704 - St
Mary's
County/CC07.04.01 -
Register 01
```

Joan W. Williams, Clerk
Circuit Court for St. Mary's County
PO Box 676
41605 Courthouse Drive
Leonardtown, MD 20650
(301) 475-7844