## Agreement as to the Distribution of Proceeds

Settlement Date: November 20, 2014
File No. 14-0174
Re: 12390 Point Lookout Road, Scotland, MD 20687

The undersigned Owner hereby authorizes and directs **Action Settlement Group, LLC** to distribute the proceeds from the captioned settlement as follows:

$ 82,051.81    to  Escrow Hill Limited
$ N/A          to  N/A
$ N/A          to  N/A
$ N/A          to  N/A

With respect to the funds remaining in escrow with **Action Settlement Group, LLC** (e.g., water escrow, repairs), I hereby authorize and direct **Action Settlement Group, LLC** to disburse the funds remaining after payment of appropriate bills (e.g., payment of the final water bill) as follows:

$ N/A    or ___ % to  N/A
$ N/A    or ___ % to  N/A
$ N/A    or ___ % to  N/A
$ N/A    or ___ % to  N/A

_____
Timothy W. Day


EXHIBIT 2