## ASSIGNMENT OF FUNDS

REGARDING: Our File No. 14-0174

PROPERTY: 12390 Point Lookout Road, Scotland, MD 20687

SELLERS: Timothy W. Day

ASSIGNEE: Escrow Hill Limited

AMOUNT TO BE ASSIGNED: $$82,051.81

DATE OF SETTLEMENT: November 20, 2014

SOURCE OF FUNDS: Settlement proceeds due and payable unto the undersigned from the sale of the captioned property.

The undersigned, Timothy W. Day hereby instructs and authorizes the firm of Action Settlement Group, LLC, (Settlement Attorney) in connection with the above referenced transaction to disburse and pay over unto Assignee the sum of Eighty-Two Thousand Fifty-One And 81/100 Dollars ($$82,051.81), which represents the proceeds from the sale of the captioned property.

ASSIGNOR:

_____
Timothy W. Day

SETTLEMENT ATTORNEY:
Action Settlement Group, LLC

By: _____



EXHIBIT 3