

## 1099 INFORMATION SHEET

AS REQUIRED BY TAX REFORM ACT OF 1986, THE FOLLOWING INFORMATION IS REQUESTED:

| Issue Separate 1099-S | Soc Security or Tax ID # | Name | Status (i.e., married or corp) | Address (for after closing) |
|---|---|---|---|---|
| Y/N | ~~[redacted]~~ | Timothy W. Day | SINGLE | 4505 N. 25TH RD, ARLINGTON, VA 22207 |
| Y/N | | | | |
| Y/N | | | | |
| Y/N | | | | |

BUYERS' NAMES:

Matthew Ashburn

PROPERTY ADDRESS OR LEGAL DESCRIPTION:

12390 Point Lookout Road, Scotland, MD 20687

PURCHASE PRICE: $ 89,000.00

REAL PROPERTY TAX AMOUNTS REIMB: $ !Syntax Error, +

Seller: Timothy W. Day

Seller:

Seller:

Seller:

FILE NUMBER:
14-0174

CLOSING DATE:
11/20/14