## A. Settlement Statement (HUD-1)

FINAL

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA  5. ☒ Conv. Ins. | 14-0174 | [redacted] | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Matthew Ashburn | Timothy W. Day | Quicken Loans, Inc. |
| 1412 Morse Street, NE; Washington, DC 20002 | 12390 Point Lookout Road, Scotland, MD 20687 | 1050 Woodward Avenue, Detroit, Michigan 48226-1906 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: 11/20/2014 |
|---|---|---|
| 12390 Point Lookout Road | Action Settlement Group, LLC | Disbursement Date: 11/20/2014 |
| Scotland, MD 20687 | 1010 Light Street, Baltimore, MD 21230 | |
| | 443.963.3080 | |
| | Place of Settlement: | TitleExpress |
| | 1010 Light Street, Baltimore, MD 21230 | Printed 11/20/2014 at 9:44 am by OFF |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 89,000.00 | 401. Contract sales price | 89,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,702.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  to | | 406. City/town taxes  to | |
| 107. County taxes  11/20/2014 to 06/30/2015 | 1,249.26 | 407. County taxes  11/20/2014 to 06/30/2015 | 1,249.26 |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. **Gross Amount Due from Borrower** | 97,951.36 | 420. **Gross Amount Due to Seller** | 90,249.26 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 80,100.00 | 502. Settlement charges to seller (line 1400) | 1,023.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. Good Faith Deposit to Quicken Loans, Inc. | 500.00 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Disbursed as proceeds ($1,000.00) | |
| 208. | | 508. 2013/2014 Real Property Taxes | 2,359.59 |
| 209. | | 509. 2014/2015 Real Proeprty Taxes | 2,144.36 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. Seller contribution | 2,670.00 | 513. Seller contribution | 2,670.00 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. **Total Paid by/for Borrower** | 84,270.00 | 520. **Total Reduction Amount Due Seller** | 8,197.45 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 97,951.36 | 601. Gross amount due to seller (line 420) | 90,249.26 |
| 302. Less amounts paid by/for borrower (line 220) | 84,270.00 | 602. Less reductions in amount due seller (line 520) | 8,197.45 |
| 303. Cash  ☒ From  ☐ To Borrower | 13,681.36 | 603. Cash  ☒ To  ☐ From Seller | 82,051.81 |

See attached addendum for additional information
Previous editions are obsolete



EXHIBIT 5

| | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees | | | | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | $0.00 | to | | | | |
| 702. | $0.00 | to | | | | |
| 703. | Commission paid at settlement | | | | | |
| 800. | Items Payable in Connection with Loan | | | | | |
| 801. | Our origination charge (Includes Origination Point 0.000% or $0.00) | | $1,049.00 | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | | $1,902.38 | (from GFE #2) | | |
| 803. | Your adjusted origination charges | | | (from GFE A) | 2,951.38 | |
| 804. | Appraisal fee | to TSI Appraisals | | (from GFE #3) | 360.00 | |
| 805. | Credit report | to Credco | | (from GFE #3) | 14.88 | |
| 806. | Tax service | to First American Real Estate Tax Service | | (from GFE #3) | 60.00 | |
| 807. | Flood certification | to CoreLogic Flood Services | | (from GFE #3) | 5.00 | |
| 808. | Credit Report | to Credco | $6.63 P.O.C.(B*) | | | |
| 809. | Flood Determination Fee | to CoreLogic Flood Services | | (from GFE #3) | 10.50 | |
| 810. | Final Inspection/Additional Appraisal Fee | to TSI Appraisal Services | | (from GFE #3) | 100.00 | |
| 811. | Tax Certification Fee | to Title Source Inc. | | (from GFE #3) | 18.00 | |
| 812. | Credit Monitoring Services | to Equifax Information Service | $8.25 P.O.C.(B*) | | | |
| 900. | Items Required by Lender to be Paid in Advance | | | | | |
| 901. | Daily interest charges from | from 11/20/2014 to 12/01/2014 @ $9.4600/day | | (from GFE #10) | 104.06 | |
| 902. | Mortgage Insurance premium | months to | | (from GFE #3) | | |
| 903. | Homeowner's insurance | for | years to American Family Home Insurance Co. | (from GFE #11) | 738.00 | |
| 904. | | months to | | (from GFE #11) | | |
| 1000. | Reserves Deposited with Lender | | | | | |
| 1001. | Initial deposit for your escrow account | | | (from GFE #9) | 698.03 | |
| 1002. | Homeowner's insurance | 3 months @ $ 61.50/month | $184.50 | to Quicken Loans, Inc. | | |
| 1003. | Mortgage Insurance | months @ $ /month | | | | |
| 1004. | Property taxes | months @ $ /month | | | | |
| 1005. | County taxes | 5 months @ $ 171.16/month | $855.80 | to Quicken Loans, Inc. | | |
| 1006. | Assessments | months @ $ 0.00/month | $ | to | | |
| 1007. | Aggregate Adjustment | | $-342.27 | to | | |
| 1100. | Title Charges | | | | | |
| 1101. | Title services and lender's title insurance | | | (from GFE #4) | 1,249.65 | |
| 1102. | Settlement or closing fee | to Action Settlement Group, LLC | $150.00 | | | |
| 1103. | Owner's title insurance - Westcor Land Title Insurance Company | | $ | (from GFE #5) | 194.10 | |
| 1104. | Lender's title insurance - Westcor Land Title Insurance Company. | | $214.65 | | | |
| 1105. | Lender's title policy limit $80,100.00 Lender's Policy | | | | | |
| 1106. | Owner's title policy limit $89,000.00 Owner's Policy | | | | | |
| 1107. | Agent's portion of the total title insurance premium to Action Settlement Group, LLC | | $306.56 | | | |
| 1108. | Underwriter's portion of the total title insurance premium to Westcor Land Title Insurance Company | | $102.19 | | | |
| 1109. | Abstract/Title Search | to John Cain/ASG, LLC | $220.00 | | | |
| 1110. | Title Exam | to Action Settlement Group, LLC | $395.00 | | | |
| 1111. | Title Commitment | to Action Settlement Group, LLC | $50.00 | | | |
| 1112. | Courier Fee | to Fed-Ex/ASG, LLC | $45.00 | | | |
| 1113. | Recording Services | to Records on Time | $25.00 | | | |
| 1114. | Deed Prep | to Action Settlement Group, LLC | $150.00 | | | |
| 1200. | Government Recording and Transfer Charges | | | | | |
| 1201. | Government recording charges | | $ | (from GFE #7) | 175.00 | |
| 1202. | Deed $60.00 | Mortgage $115.00 | Release $ | to Clerk of the Circuit Court | | |
| 1203. | Transfer taxes | | $ | (from GFE #8) | 1,023.50 | |
| 1204. | State Recordation Tax | Deed $712.00 | Mortgage $ | to Clerk of the Circuit Court | | 356.00 |
| 1205. | State Transfer Tax | Deed $445.00 | Mortgage $ | to Clerk of the Circuit Court | | 222.50 |
| 1206. | County Transfer Tax | Deed $890.00 | Mortgage $ | to Clerk of the Circuit Court | | 445.00 |
| 1300. | Additional Settlement Charges | | | | | |
| 1301. | Required services that you can shop for | | | (from GFE #6) | | |
| 1302. | Survey | to | $ | | | |
| 1303. | | to | | | | |
| 1304. | | to | | | | |
| 1305. | | to | | | | |
| 1400. | Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 7,702.10 | 1,023.50 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er. **Credit by lender shown on page 1. ***Credit by seller shown on page 1.

See attached addendum for additional information
Previous editions are obsolete          Page 2 of 4          HUD-1

| Charges That Cannot Increase | HUD-1 Line Number | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Our origination charge | # 801 | 1,049.00 | 1,049.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 2,137.50 | 1,902.38 |
| Your adjusted origination charges | # 803 | 3,186.50 | 2,951.38 |
| Transfer taxes | # 1203 | 1,150.00 | 1,023.50 |

| Charges That in Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 175.00 | 175.00 |
| Appraisal fee | # 804 | 360.00 | 360.00 |
| Credit report | # 805 | 14.88 | 14.88 |
| Tax service | # 806 | 60.00 | 60.00 |
| Flood certification | # 807 | 5.00 | 5.00 |
| Flood Determination Fee | # 809 | 10.50 | 10.50 |
| Final Inspection/Additional Appraisal Fee | # 810 | 100.00 | 100.00 |
| Tax Certification Fee | # 811 | 18.00 | 18.00 |
| | Total | 743.38 | 743.38 |
| Increase between GFE and HUD-1 Charges | | $ 0.00 or | 0.0000% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 581.54 | 698.03 |
| Daily interest charges from | # 901  $9.4600/day | 223.23 | 104.06 |
| Homeowner's insurance | # 903 | 272.00 | 738.00 |
| Title services and lender's title insurance | # 1101 | 885.00 | 1,249.65 |
| Owner's title insurance - Westcor Land Title Insurance Company | # 1103 | 308.10 | 194.10 |
| Survey | # 1302 | 330.00 | 0.00 |
| | # | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $80,100.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 4.2500% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $445.45 Includes<br>[X] Principal<br>[X] Interest<br>[X] Mortgage Insurance |
| Can your interest rate rise? | [X] No. [ ] Yes, it can rise to a maximum of ___%. The first change will be on / / and can change again every ___ years after / /. Every change date, your interest rate can increase or decrease by ___%. Over the life of the loan, your interest rate is guaranteed to never be lower than ___% or higher than ___%. |
| Even if you make payments on time, can your loan balance rise? | [X] No. [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No. [ ] Yes, the first increase can be on / / and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | [X] No. [ ] Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | [X] No. [ ] Yes, you have a balloon payment of $ due in ___ years on / / . |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's Insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $232.66 that results in a total initial monthly amount owed of $678.11. This includes principal, interest, any mortgage insurance and any items checked below:<br>[X] Property taxes [X] Homeowner's Insurance<br>[ ] Flood Insurance [ ]<br>[ ] [ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

See attached addendum for additional information
Previous editions are obsolete                Page 3 of 4                                HUD-1

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

### Buyers

_____
Matthew Ashburn

### Sellers

_____
Timothy W. Day

### Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____    DATE  11/20/2014
SETTLEMENT AGENT

**WARNING:** IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

See attached addendum for additional information

Previous editions are obsolete                     Page 4 of 4                                           HUD-1

**Settlement Statement (HUD-1) Addendum**

Loan# ▓▓▓▓▓▓

11/19/2014  6:08 pm

### Parties (Continued)

**D. Name and Address of Borrower**
Matthew Ashburn
12390 Point Lookout Rd
Scotland, MD 20687-3012

**E. Name & Address of Seller:**
Timothy W. Day,
12390 Point Lookout Rd
Scotland, MD 20687

**H. Settlement Agent:**
Action Settlement Group LLC
1010 Light St
Baltimore, MD 21230

**I. Settlement Date:** November 20, 2014

**Additional Information:** The following closing fees are aggregated on page 2 of the Settlement Statement. The individual fees are shown below.

| 800. Items Payable in Connection with Loan | | |
|---|---:|---:|
| 804. Appraisal Fee | | $ 360.00 |
| Market Value Appraisal's | $ 360.00 | |
| 809. Final Insp/Add'l Appraisal Fee | | $ 100.00 |
| Market Value Appraisal's | $ 100.00 | |

**Itemization of Credits:** Some or all of your closing fees are being paid by someone other than you. The credit is applied to the following fees:

| Fee Description | Lender Paid | Seller Paid | Broker Paid | Builder Paid |
|---|---:|---:|---:|---:|
| 801 Processing Fee | $0.00 | $799.00 | $0.00 | $0.00 |
| 801 Underwriting Fee | $0.00 | $250.00 | $0.00 | $0.00 |
| 802 Charge for interest rate | $0.00 | $1,621.00 | $0.00 | $0.00 |
| Total Fees Paid by Others: $2,670.00 | $0.00 | $2,670.00 | $0.00 | $0.00 |

_____  11/20/2014
Matthew Ashburn                  Date

_____
                                 Date

_____  11/20/2014
Settlement Agent                 Date

_____
                                 Date

Page 1 of 1

2011/05 hudadd.pcl
2982999520