Recipient Transfer

# RECEIPT
## Recipient Transfer
### Reference Number 20141209-00012252

| | | |
|---|---|---|
| **Branch** 4434664 BOSTON ST<br>**Payment Amount** 82,051.81 USD<br>**Debit Amount** 82,051.81 USD | Rate | **Contract Number**<br>**Charge Party** None |

**Send Date** 09DEC2014    **Value Date** 09DEC2014    **Time:** 15:41

**Consumer X-Border** Not D-F

## Debit Party
D/1000157962514
ACTION SETTLEMENT GROUP LLC
MARYLAND AFFORDABLE HOUSING TRUST
1010 LIGHT STREET
BALTIMORE MD 21230

## Recipient
Is Recipient a Bank? No
40390000
ESCROW HILL LIMITED
LEVEL 4, 55 ANZAC AVENUE
AUCKLAND NEW ZEALAND 1010

## Pay Through Bank
A/021000089
CITIBANK, N.A.
NEW YORK, NY

## Recipient's Bank
S/BKNZNZ22
BANK OF NEW ZEALAND
HARBOUR QUAYS
60 WATERLOO QUAY, PIPITEA
WELLINGTON,NZ

**Bank to Bank Information**          **Originator to Recipient Information**



http://frontofficewire.suntrust.com/fwi/entConfirmation.do          12/9/2014