Beneficiary: Escrow Hill Limited
Street: Level 4, 55 Anzac Avenue,
City and/or Province: Auckland
Postal Code: 1010
Country: New Zealand

Beneficiary Bank:
Bank of New Zealand
Street: 30030 Broadway
City: Auckland City
Province: Auckland
Postal Code: 1023
Country: New Zealand
SWIFT code: BKNZNZ22
BSB (if necessary): 021000
USD Account #: ■■4039-0000

Additional Instructions: Please list your transaction number in the additional instructions field of the wire.

Intermediary Bank: Check with your bank to see if you should use an Intermediary bank. Funds being sent from a U.S. bank must use one of the Intermediary Banks.

Either: Citibank, New York    Or: JP Morgan Chase Bank
ABA: 021000089              ABA: 021000021
Account: ■■■■              Account: ■■■■



EXHIBIT 7