```
 1                    IN THE CIRCUIT COURT
 2             FOR ST. MARY'S COUNTY, MARYLAND
 3   IN THE MATTER OF              )
 4   DISTRICT TITLE,               )
 5   A Corporation,                )
 6           vs.                   )  Case No.
 7   TIMOTHY DAY, et al.,          )  18-C-15-000820 ER
 8           Defendant.            )
 9        -     -     -     -     -
10            OFFICIAL TRANSCRIPT OF PROCEEDINGS
11                MONDAY, DECEMBER 12, 2016
12
13   BEFORE:   THE HONORABLE KAREN H. ABRAMS, Judge
14
15   APPEARANCES:
16   ON BEHALF OF DISTRICT TITLE:
17        BRIAN W. THOMPSON, ESQ.
18   ON BEHALF OF DEFENDANT - ASHBURN:
19        RICHARD E. CRAIG, ESQ.
20        MEAGAN ROACH, ESQ.
21   ON BEHALF OF DEFENDANT - QUICKEN LOANS:
22        MARTIN H. SCHREIBER, II, ESQ.
23   ALSO PRESENT:  Matthew Ashburn
24
25   Transcribed by: Monica Voorhees
```



EXHIBIT 8

District Title v. Timothy Day, et al.   2   12/12/2016

```
 1                   C O N T E N T S
 2   OPENING STATEMENT:        PAGE
 3       Mr. Thompson           8
 4       Mr. Craig             13
 5
 6   Witness:              DX:    CX:     RDX:   RCX:
 7   For the Plaintiff:
 8       Stephen Sushner    15   54/79    86     87
 9       Peter Costello     91    99
10       Stephen Illyefalvi 103  128      140
11       John Cain          146  155/159
12       Michael Whitson    164  173/177
13       James Hooper       180  196/231  235    236
14
15                   E X H I B I T S
16   Number:             Marked:     Received:
17       PLAINTIFF:
18       No. 1              20          54
19       No. 2              22          54
20       No. 3              23          54
21       No. 4              24          54
22       No. 5              25          54
23       No. 6              30          54
24       No. 7              31          54
25       No. 8              32          54
```

107

District Title v. Timothy Day, et al.                        12/12/2016

```
 1              BY MR. THOMPSON:
 2       Q.     Marked Exhibit Number 19.  Are you familiar
 3   with that document?
 4       A.     This appears to be the deed that was set for
 5   recording.
 6       Q.     Okay.  And is that your notary signature on
 7   the second page?
 8       A.     That is.
 9       Q.     Do you recall who was present at the time of
10   settlement?
11       A.     Best knowledge, Mr. Pete Costello,
12   Mr. Ashburn, Mr. Day, his attorney, Mr. Matt LeFande
13   or LeFande, I'm not sure if I pronounciating that
14   correctly, his counsel, and then I believe Matthew's
15   roommate might have been there as well, but I don't
16   fully recollect if he was or was not.
17       Q.     Okay.
18                        (Whereupon, Plaintiff Exhibit
19                         Number 20 was marked
20                         for identification)
21              BY MR. THOMPSON:
22       Q.     Marked, this is marked as Exhibit Number 20.
23   Are you familiar with that document?
24       A.     This appears to be the note that was signed
25   at settlement for the transaction with Quicken Loans.
```

District Title v. Timothy Day, et al.                              112
                                                              12/12/2016

```
 1      A.     I mean it's probably in the stack here
 2   somewhere, but --
 3      Q.     We'll just -- so that we don't waste the
 4   Court's time, we can move on.
 5                         (Whereupon, Plaintiff Exhibit
 6                         Number 24 was marked
 7                         for identification)
 8             BY MR. THOMPSON:
 9      Q.     I've marked Exhibit Number 24.  Are you
10   familiar with that document?
11      A.     Yes.
12      Q.     And can you identify that document for me?
13      A.     It's an assignment of disbursement of the
14   proceeds where the seller had authorized us to
15   disburse the proceeds from the sale to Escrow Hill
16   Limited.
17      Q.     Was this executed in your presence?
18      A.     Yes.
19      Q.     Do you recall who was present when it was
20   signed?
21      A.     All the parties that were at the settlement,
22   Pete Costello, Matthew Ashburn, Matt LeFande, I
23   believe is how you say his name, and Timothy Day.
24      Q.     Did you prepare this document?
25      A.     Yes.
```

District Title v. Timothy Day, et al.                                    113
                                                                  12/12/2016

```
 1      Q.    Why did you prepare this document?
 2      A.    At the direction of -- Mr. LeFande had
 3   instructed us that that's, those funds needed to be
 4   wired to there, some type of illness or that he was
 5   going there for some type of treatment.
 6      Q.    Okay.
 7                             (Whereupon, Plaintiff Exhibit
 8                              Number 25 was marked
 9                              for identification)
10            BY MR. THOMPSON:
11      Q.    Marked Exhibit Number 25.  Are you familiar
12   with that document?
13      A.    Yes.
14      Q.    Does that document -- does your signature
15   appear on that document?
16      A.    Yes.
17      Q.    Was this signed in your presence?
18      A.    Yes.
19      Q.    Can you tell me what this document is?
20      A.    It's authorizing Action Settlement Group in
21   connection with the above-referenced transaction to
22   disburse and pay the signee the fund of the
23   $82,051.81.
24      Q.    And was that done?
25            THE COURT:  To pay, I'm sorry, to pay who?
```

District Title v. Timothy Day, et al.

114
12/12/2016

```
1                THE WITNESS:  Escrow Hill Limited.
2                THE COURT:  Escrow Hill.
3                THE WITNESS:  The same company, yes.
4                I'm sorry, was it --
5                BY MR. THOMPSON:
6        Q.      And was that done?
7        A.      Yes.
8                          (Whereupon, Plaintiff Exhibit
9                           Number 26 was marked
10                          for identification)
11               BY MR. THOMPSON:
12       Q.      I've marked Exhibit Number 26.  Are you
13  familiar with this document?
14       A.      Yes.
15       Q.      Does that document appear in your file?
16       A.      I'm sorry?
17       Q.      Does that document appear in your file?
18       A.      Yes, it does.
19       Q.      Can you describe this document for me?
20       A.      It's the receipt transfer of the request to
21  wire the funds to Escrow Hill Limited.
22       Q.      And what is the recipient listed as?
23       A.      The recipient's Escrow Hill Limited,
24  Level 4, 55 Anzac Avenue, Auckland, New Zealand, 1010.
25       Q.      And what date was this transfer?
```

| | | |
|---|---|---|
| District Title v. Timothy Day, et al. | | 115<br>12/12/2016 |

```
1      A.    This was transferred December 9th.
2      Q.    Do you know why there was a delay in
3  transferring from November 20th to December 9th?
4      A.    Yes, to, to verify all the information and
5  we did an OSHA check and make sure that there wasn't
6  any hits or anything on the entity as being a
7  terrorist or something of that nature.
8      Q.    Okay.  And what is the recipient's bank?
9      A.    The recipient's bank?
10     Q.    Yes.
11     A.    Is that what you said?.  Bank of New
12 Zealand, Harbour Quays, 60 Waterloo Quay, Pipitea,
13 Pipitea, Wellington, New Zealand.
14     Q.    Had you ever heard of Escrow Hill prior to
15 this settlement?
16     A.    No.
17                      (Whereupon, Plaintiff Exhibit
18                       Number 27 was marked
19                       for identification)
20           BY MR. THOMPSON:
21     Q.    I've marked Exhibit Number 27.  Are you
22 familiar with that document?
23     A.    Yes.
24     Q.    Can you describe that document for me?
25     A.    It's, appears to be the EMD check that was
```

District Title v. Timothy Day, et al.

248
12/12/2016

```
 1                 CERTIFICATE OF TRANSCRIBER
 2
 3            I hereby certify that the proceedings in the
 4   matter of District Title vs Day, et al, heard in the
 5   Circuit Court for St. Mary's County, Maryland, on
 6   December 12, 2016, before the Honorable KAREN H.
 7   ABRAMS, Judge, were recorded by means of audio file.
 8            I further certify that, to the best of my
 9   knowledge and belief, page numbers 1 through 248
10   constitute the official transcript of the proceedings
11   as transcribed by me from said audio file to the
12   within typewritten matter in a complete and accurate
13   manner.
14            I further certify that I am neither related
15   to nor an employee of, any attorney or party herein,
16   and that I have no interest in the outcome of this
17   case.
18            In Witness Whereof, I have affixed my
19   signature this 13th day of March, 2017.
20
21
22                      s/Monica Voorhees
23                      MONICA VOORHEES
24
25
```