```
 1                  IN THE CIRCUIT COURT
 2             FOR ST. MARY'S COUNTY, MARYLAND
 3   IN THE MATTER OF              )
 4   DISTRICT TITLE,               )
 5   A Corporation,                )
 6        vs.                      )  Case No.
 7   TIMOTHY DAY, et al.,          )  18-C-15-000820 ER
 8             Defendant.          )  VOLUME 2
 9          -    -    -    -    -
10          OFFICIAL TRANSCRIPT OF PROCEEDINGS
11              TUESDAY, DECEMBER 13, 2016
12
13   BEFORE:  THE HONORABLE KAREN H. ABRAMS, Judge
14
15   APPEARANCES:
16   ON BEHALF OF DISTRICT TITLE:
17        BRIAN W. THOMPSON, ESQ.
18   ON BEHALF OF DEFENDANT - ASHBURN:
19        RICHARD E. CRAIG, ESQ.
20        MEAGAN ROACH, ESQ.
21   ON BEHALF OF DEFENDANT - QUICKEN LOANS:
22        MARTIN H. SCHREIBER, II, ESQ.
23
24   Transcribed by: Monica Voorhees
25
```



```
 1                    C O N T E N T S
 2   Witness:              DX:    CX:    RDX:    RCX:
 3   For the Plaintiff:
 4     Matthew Ashburn      254    327    335     342
 5                    E X H I B I T S
 6   Number:               Marked:     Received:
 7     PLAINTIFF:
 8       No. 41              272         341
 9       No. 42              272         341
10       No. 43              282         341
11       No. 44              284         341
12       No. 45              294         341
13       No. 46              299         341
14       No. 47              300         341
15       No. 48              310         341
16       No. 49              312         341
17       No. 50              313         341
18       No. 51              314         341
19       No. 52              316         ---
20       No. 53              317         341
21       No. 54              319         341
22       No. 55              323         341
23       No. 56              323         341
24     DEFENDANT:
25       No. 3               342         343
```

District Title v. Timothy Day, et al.

327

12/13/2016

```
 1      A.     You know, I don't know, it's tough to say
 2   because it's sort of just in bits and chunks here.
 3             Maybe 3 to 5,000 dollars, something like
 4   that, maybe.
 5      Q.     Okay.
 6             MR. THOMPSON:  No further questions, Your
 7   Honor.
 8             THE COURT:  Mr. Craig, I guess?
 9             MR. CRAIG:  Well, Your Honor, of course
10   Ms. Roach will be doing the direct examination in our
11   case in chief, so we're not going to, we're not going
12   to spend a lot of time crossing here.
13             I have a couple of things that I would like
14   to clarify.
15                      CROSS-EXAMINATION
16             BY MR. CRAIG:
17      Q.     Mr. LeFande, Mr. LeFande was involved in, in
18   the transaction with Mr. Day only to the extent that
19   he carried the contract documents back and forth; is
20   that correct?
21      A.     As far as I know, yes, yes, as far as I
22   know.
23      Q.     He provided you no legal advice with respect
24   to the --
25      A.     No, he was not representing me in any way in
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

|  |  |
|---|---|
| District Title v. Timothy Day, et al. | 328<br>12/13/2016 |

```
 1    the sale.
 2         Q.    And this was, this was after your referral
 3    to, to actually Mr. Day to LeFande?
 4         A.    Correct, it was my understanding that
 5    Mr. LeFande was doing sort of end of -- what Tim
 6    described as end of life matters.
 7         Q.    And you, you were respecting that
 8    attorney/client priv -- or relationship and you were
 9    not asking for any representation with respect to this
10    transaction?
11         A.    Oh, no, I didn't need any representation, I
12    felt, because I had sort of worked with this directly
13    with Mr. Day, I believe, as far as negotiating the
14    price and that sort of thing.
15         Q.    Okay.  With respect to the ratification of
16    the contract that was referred to, you seemed to be
17    somewhat unsure of when that took place.
18               Would that have been on October 28th, 19 --
19    or 2014?
20         A.    That's possible.  I believe, if I recall
21    correctly, I think the first offer of 100,000 dollars
22    was ratified I think within probably a week or so is
23    my guess.
24         Q.    If I were to tell you that your deposit
25    check cleared on October 30th, would you --
```

District Title v. Timothy Day, et al.     348     12/13/2016

```
 1                CERTIFICATE OF TRANSCRIBER
 2
 3           I hereby certify that the proceedings in the
 4   matter of District Title vs Day, et al, heard in the
 5   Circuit Court for St. Mary's County, Maryland, on
 6   December 13, 2016, before the Honorable KAREN H.
 7   ABRAMS, Judge, were recorded by means of audio file.
 8           I further certify that, to the best of my
 9   knowledge and belief, page numbers 249 through 348
10   constitute the official transcript of the proceedings
11   as transcribed by me from said audio file to the
12   within typewritten matter in a complete and accurate
13   manner.
14           I further certify that I am neither related
15   to nor an employee of, any attorney or party herein,
16   and that I have no interest in the outcome of this
17   case.
18           In Witness Whereof, I have affixed my
19   signature this 13th day of March, 2017.
20
21
22                       s/Monica Voorhees
23                       MONICA VOORHEES
24
25
```