```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3       District Title,                )
                                        )
 4                     Plaintiff,       )
                                        )  Civil Action
 5       vs.                            )  No. 14-CA-1808
                                        )
 6       Anita Warren, et al.,          )  HEARING
                                        )
 7                     Defendants,      )  Washington, DC
                                        )  September 21, 2017
 8       and                            )  Time:  1:00 p.m.
                                        )
 9       Matthew LeFande,               )
                                        )
10                 Interested Party,    )

11       _____

12                    TRANSCRIPT OF HEARING
                         HELD BEFORE
13             THE HONORABLE DEBORAH A. ROBINSON
                  UNITED STATES MAGISTRATE JUDGE

14       _____

15                   A P P E A R A N C E S
```

For the Plaintiff:       **Brian Wood Thompson**
                         JACKSON & CAMPBELL, P.C.
                         1120 20th Street, NW
                         Suite 300 South Tower
                         Washington, DC 20036
                         (202) 457-1648
                         Email: Bwthompson@jackscamp.com

For the Defendants
   Anita Warren
   Timothy Day:          **Matthew August LeFande**
                         MATTHEW AUGUST LEFANDE ATTORNEY AT
                            LAW PLLC
                         4585 North 25th Road
                         Arlington, VA 22207
                         (202) 657-5800
                         Email: Matt@lefande.com



EXHIBIT 18

```
 1    Interested Party
        Matthew August LeFande:      Horace L. Bradshaw, Jr.
 2                                    LAW OFFICE OF HORACE L.
                                        BRADSHAW, JR.
 3                                    1644 Sixth Street, NW
                                      Washington, DC 20001
 4                                    (202) 737-8774
                                      Email: Hlbrad1@aol.com
 5
 6    _____

      Court Reporter:               Janice E. Dickman, RMR, CRR
 7                                   Official Court Reporter
                                     United States Courthouse, Room 6523
 8                                   333 Constitution Avenue, NW
                                     Washington, DC  20001
 9                                   202-354-3267

10                          *    *    *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  Good afternoon.

2          THE COURTROOM DEPUTY:  This is civil case year

3   2014-1808, District Title versus Anita Warren, et al.

4          Brian Thompson for the plaintiff, Matthew LeFande

5   for the defense.  Horace Bradshaw, Jr., present on behalf of

6   Matthew LeFande.

7          THE COURT:  Now, good afternoon to all of you.  We

8   are here in accordance with a series of orders entered by

9   both this Court and the assigned U.S. District Judge.  I

10  will not recite all of them because they are numerous.  The

11  most recent such order is the order filed yesterday by the

12  assigned U.S. District Judge which bears ECF No. 119.

13         The record also reflects that with the approval of

14  the Court, a videographer is here on your behalf, Mr.

15  Thompson.  There is also, as you see, a court reporter

16  present to ensure that there is a record of the court with

17  respect to our proceedings this afternoon.

18         The deputy clerk of court has just locked the

19  courtroom doors and drawn the shades over the windows.  That

20  is because this is the sort of matter that otherwise would

21  have occurred somewhere other than this courtroom and, thus,

22  the matter is not regarded as one available to the public.

23         Mr. Thompson, you previously introduced the person

24  seated to your right.  May I ask you to simply do so again,

25  please, so that the record of this proceeding is clear.

1    Thank you very much.

2        MR. THOMPSON:  Yes, Your Honor.  With me is Steven

3    Sushner, who is the president of District title.

4        THE COURT:  Would you be so kind as to spell his

5    last name, please.

6        MR. THOMPSON:  S-U-S-H-N-E-R.

7        THE COURT:  Thank you, Mr. Thompson.  Mr.

8    Thompson, are any of the individuals seated in the gallery

9    officials, representatives, agents of your client?

10       MR. THOMPSON:  No, they are not, Your Honor.

11       THE COURT:  Very well.  Thank you very much.

12       Mr. Bradshaw, may I ask you the same question,

13   please.  Are any of the individuals seated in the courtroom

14   with your office or otherwise individuals associated with

15   this case?

16       MR. BRADSHAW:  Yes.  Thank you.  The gentleman,

17   Rick, in the blue shirt is associated with my office -- with

18   Mr. LeFande's, office.

19       I do have one other concern.  I didn't hear

20   carefully the plaintiff's response.  Is this the public,

21   these -- the folks that are here?  Who are they again?

22       THE COURT:  My understanding is that Mr. Thompson

23   does not know, is that correct?

24       MR. THOMPSON:  That's correct, Your Honor.

25       MR. BRADSHAW:  Then, Your Honor, forgive me.

```
 1              THE COURT:  Very well.  I will suggest, then, that
 2     everyone other than the person affiliated with your office
 3     leave, please.
 4              MR. BRADSHAW:  Your Honor, I thank you.
 5              (Pause.)
 6              THE COURT:  Now, everyone other than the gentleman
 7     you indicated is with your office, Mr. Bradshaw, has stepped
 8     outside and the deputy clerk has locked the doors.  The
 9     shades are still drawn over the windows.
10              Mr. Bradshaw, would you please state the name of
11     the person seated in the back.
12              MR. BRADSHAW:  The name, Your Honor, is Mr.
13     Richard Partel [sic].
14              THE COURT:  Would you please spell Mr. Partel's
15     last name for the record?
16              MR. BRADSHAW:  I certainly hope it's P-A-R-T-E-L.
17              MR. LeFANDE:  It's B-A-R-T-E-L.
18              MR. BRADSHAW:  Bartel.  B-A-R-T-E-L.
19              THE COURT:  And is Mr. Bartel with your office,
20     Mr. Bradshaw, or with Mr. LeFande's office?
21              MR. BRADSHAW:  Mr. LeFande's office.
22              THE COURT:  Is Mr. Bartel a member of this court's
23     bar?
24              MR. BRADSHAW:  No.
25              THE COURT:  Is there any reason that his presence
```

1    is necessary for purposes of the deposition?

2           MR. BRADSHAW:  I would imagine his presence will

3    help us recall what in fact has happened.  He is an integral

4    part of Mr. LeFande's office, he does research for him, and

5    he does in fact help in the decisions that are made.

6           THE COURT:  Mr. Thompson?

7           MR. THOMPSON:  Your Honor, I believe I would

8    object to him being in the courtroom.  I don't see what

9    purpose he serves here today.

10          THE COURT:  Very well.  Thank you, Mr. Thompson.

11   Thank you, Mr. Bradshaw.

12          Mr. Bradshaw, I believe I have one more question

13   of you concerning Mr. Bartel's presence.  Am I correct in my

14   understanding that to the extent during the course of the

15   deposition there is occasion for counsel to be heard, that

16   it will be you and not Mr. Bartel?

17          MR. BRADSHAW:  Yes.

18          THE COURT:  Is it understood then that Mr. Bartel

19   may not speak at all, although should there be occasion for

20   you to confer with him, you may do that.

21          MR. BRADSHAW:  Absolutely.

22          THE COURT:  Very well.  Thank you very much.

23          Mr. Thompson, is there something further?

24          MR. THOMPSON:  Your Honor, just one further issue.

25   I don't know if Mr. Bartel might be a witness at some point,

1   depending on what we might gather from information.  That's

2   our sole concern at this point.

3           THE COURT:  Do you have representations to make

4   concerning the basis of your concern that at some time Mr.

5   Bartel could become a witness?

6           MR. THOMPSON:  Well, Your Honor, if he has been

7   intricately involved with Mr. Day's proceeding, there may be

8   some information that he has related to certain assets or

9   the Escrow Hill case.  That's our -- we really don't have

10   the information at this point.  That's our only concern.

11           THE COURT:  Very well.  Thank you, Mr. Thompson.

12           Is there anything further, Mr. Bradshaw, on this

13   point?

14           MR. BRADSHAW:  This matter, we assert, I guess,

15   the privilege of a law clerk; that's essentially what he

16   does.  And he is a part of all activity, not just this one

17   matter.  He's in Mr. LeFande's office, he's a central arm.

18           Thank you.

19           THE COURT:  Thank you, Mr. Bradshaw.

20           The Court initially understood the concern

21   regarding Mr. Bartel's presence to be that Mr. Bartel is not

22   a member of the bar of this court and, indeed, at this point

23   the Court does not know whether Mr. Bartel is a member of a

24   bar of any court, given your qualification, Mr. Bradshaw,

25   that Mr. Bartel is present in the manner of a law clerk.

1    However, given the representations concerning the length of

2    time that Mr. Bartel -- I apologize, the representations

3    concerning any period of time that Mr. Bartel has served in

4    the office of Mr. LeFande and your representations, Mr.

5    Bradshaw, that Mr. Bartel's presence may be necessary with

6    respect to any factual representations, the Court finds,

7    largely for the reasons, the basis proffered by counsel for

8    the plaintiff, that Mr. Bartel at some time in the future

9    could be called upon as the subject of a discovery proceeding

10    and, thus, his presence at this time is inappropriate.

11            Thus, the Court will also ask Mr. Bartel to wait

12    outside.  If there is a need during the course of the

13    proceedings for you, Mr. Bradshaw, to consult with Mr.

14    Bartel, he will be waiting outside.

15            (Pause.)

16            THE COURT:  Now, Mr. Bartel has excused himself

17    and the deputy clerk has again locked the doors.  The shades

18    are still drawn over the windows.

19            With that, I believe we are ready to proceed.  And

20    at this time the videographer, who is present with the

21    permission of the Court, will begin.

22            I will remind all of you that my sole purpose for

23    being present is set forth in the various detailed orders of

24    the Court.  To the extent that it is consistent with the

25    rules governing the taking of depositions, the Court will

1    attempt to offer guidance to the parties regarding

2    objections.  However, I believe all of you appreciate that

3    the Court cannot at this time revisit any of the orders of

4    this Court or the assigned U.S. District Judge.  So you are

5    to refrain from alluding to them or seeking reconsideration

6    or modification of any of them.

7           Now, Mr. LeFande, I gather that the videographer

8    has, just by looking at the positioning of the screen and

9    the focus of the camera, expects that you will take the

10   witness stand.  So I will ask you to do so now, please.

11          The witness stand, please.

12          MR. LeFANDE:  Thank you, Your Honor.  I am Matthew

13   LeFande --

14          THE COURT:  Just one moment.  Mr. LeFande, you are

15   at counsel's podium.  Before we go further, I do have one

16   question.  I should probably direct this to you, Mr.

17   Thompson:  What is your expectation regarding administration

18   of the oath, please?

19          MR. THOMPSON:  Your Honor, I would expect that Mr.

20   LeFande take the oath as he would from the court reporter.

21          THE COURT:  From the videographer.

22          MR. THOMPSON:  Yes.  I'm sorry, Your Honor.

23          THE COURT:  Very well.  I simply wanted the

24   terminology to be clear.  There is a deputy clerk present

25   who, under other circumstances, would administer the oath.

1    By "court reporter," you do not mean the court's certified

2    court reporter, and but the videographer.

3              And I apologize, no one has given me your name.

4              MS. CAVAZOS:  My name is Debby.  Pleasure to meet

5    you.

6              THE COURT:  Thank you very much.

7              MR. THOMPSON:  If the videographer can administer

8    the oath, that would be fine, Your Honor.

9              MS. CAVAZOS:  That would be fine.

10             THE COURT:  Very well.  Now, Mr. LeFande --

11             MR. LeFANDE:  Thank you, Your Honor.  I'm Matthew

12   LeFande --

13             THE COURT:  Mr. LeFande, the Court has to insist

14   that you take the witness stand.  The videographer is present.

15             MR. LeFANDE:  I respectfully decline to do so.

16             I am Matthew LeFande --

17             THE COURT:  Mr. LeFande, I must again direct you

18   to take a seat on the witness stand.  The Court has already

19   indicated that there can be no narrative discussion of any

20   matter that has been already resolved by this Court and the

21   assigned District Judge.  This is a deposition.  I must,

22   therefore, direct you to take a seat on the witness stand.

23             I expect that the first -- or, the next thing that

24   will happen will be that you will be sworn.

25             MR. LeFANDE:  I respectfully decline to do so,

1    Your Honor.

2             THE COURT:  I must ask that you do so from the

3    stand.  So would you take a seat on the witness stand.

4             MR. LeFANDE:  I will make these representations

5    and then I'm going to stand down, Your Honor.  If you want

6    me to do that, I'm willing to do that.

7             THE COURT:  That is not what the Court wants you

8    to do.  The Court is directing you to take a seat on the

9    witness stand.  There is a videographer present and in order

10   to ensure that we all comply with the protocol for maintaining

11   an accurate record with respect to these proceedings, I must

12   insist that you take a seat on the witness stand.

13             (Off-the-record discussion between Mr. Bradshaw

14   and Mr. LeFande.)

15             MR. LeFANDE:  I'll make my representations from

16   the witness stand, Your Honor.

17             THE COURT:  There will be no representations.  The

18   next matter is that the deputy -- excuse me, that the

19   videographer, Ms. Cavazos, will administer the oath.

20             MR. LeFANDE:  I'm declining to testify, Your Honor.

21             THE COURT:  There have been no questions asked

22   yet, so your declining to testify is premature.  So, would

23   you please take a seat on the witness stand so that the oath

24   can be administered by Ms. Cavazos.

25             MR. BRADSHAW:  Your Honor, may I approach the

1    attorney stand?

2            THE COURT:  Nothing is pending at this time, other

3    than an instruction to Mr. LeFande to take a seat on the

4    witness stand in accordance with the order, the most recent

5    order being the order of the assigned U.S. District Judge,

6    Judge Amy Berman Jackson, filed yesterday, document No. 119.

7            MR. LeFANDE:  Your Honor, I am Matthew LeFande.  I

8    am the attorney of the defendants in this case.

9            THE COURT:  Mr. LeFande, the Court cannot

10   entertain a narrative -- the Court will not hear a narrative

11   discussion.  If it is the case that you refuse to take the

12   witness stand and to be sworn, the record will so reflect.

13           I am happy to take a brief recess so that you can

14   discuss with the lawyer representing you what I believe we

15   all recognize will be an obvious consequence of doing so,

16   and that is that --

17           MR. LeFANDE:  I assert my attorney-client privilege.

18           THE COURT:  -- that there will ultimately be a

19   finding of contempt.  But the Court cannot permit a narrative

20   discussion.

21           MR. LeFANDE:  I assert my Fifth Amendment privilege

22   and --

23           THE COURT:  Very well.  We are going to take a

24   brief recess so that you will have the opportunity --

25           MR. LeFANDE:  I appear here under duress.  I have

1    never been served in this case.  I am not a party in this case.

2            THE COURT:  Mr. LeFande, the Court will not permit

3    a narrative discussion.

4            MR. LeFANDE:  I respectfully decline to testify.

5            THE COURT:  We will take a brief recess so that

6    you can discuss with your lawyer what I believe we all

7    recognize will be an obvious consequence, at least one

8    obvious consequence of failing to comply with an order of

9    the Court.

10           The Court cannot permit efforts to revisit the

11   Court's orders.  The Court cannot permit colloquy from

12   either counsel.

13           As I indicated, we will take a very brief recess

14   so that you, Mr. LeFande, can discuss this with your lawyer.

15   If, when we resume, you refuse to take the witness stand and

16   be sworn, then we will adjourn.  I will not hear -- the

17   Court will not hear argument from either side.  It is very

18   evident why we are here.  The Court cannot reconsider the

19   reasons why we are here.  The reasons have clearly been set

20   forth and reiterated, as recently as barely 12 hours ago by

21   the assigned U.S. District Judge.

22           So you may all remain seated.  We'll take a ten-

23   minute recess, and then resume in the manner that the Court

24   indicated.

25           (Recess.)

1          THE COURT:  Now, we are back on the record.

2          The Court, during the recess, as I'm sure all of

3    you expected, reviewed the chronology of orders, all of

4    which, individually and collectively, direct Mr. LeFande, as

5    deponent, to take the witness stand and to be sworn.  Unless

6    it is the case that you, Mr. LeFande, have reconsidered.

7    And I will ask you to simply stand and answer yes or no to

8    that question, whether you have reconsidered your refusal to

9    take the witness stand and be sworn?

10         MR. LeFANDE:  Thank you, Your Honor.  I'm Matthew

11   LeFande --

12         THE COURT:  Mr. LeFande, please take a seat.

13         MR. LeFANDE:  I'm sorry.

14         THE COURT:  Please take a seat, Mr. LeFande.  The

15   question was to have been answered yes or no, whether you

16   have reconsidered your refusal to take the witness stand.

17   It appears that you have not.

18         MR. LeFANDE:  I respectfully decline to testify.

19         THE COURT:  The Court, thus, will proceed in

20   accordance with 28 United States Code Section 636(e)2, which

21   provides, quote, A magistrate judge shall have the power to

22   punish summarily by fine or imprisonment, or both, such

23   contempt of the authority of such magistrate judge

24   constituting misbehavior of any person in the magistrate

25   judge's presence so as to obstruct the administration of

```
 1    justice.  The order of contempt shall be issued under the

 2    Federal Rules of Criminal Procedure.

 3           The Court does so now.  First, the Court finds

 4    that by refusing to take the witness stand to be sworn, Mr.

 5    LeFande has engaged in contempt of the authority of this

 6    Court and has, obviously, done so in this Court's presence.

 7    This Court's authority to direct Mr. LeFande to take the

 8    witness stand and to be sworn stems not only from this

 9    Court's order -- orders, excuse me, but the orders of the

10    assigned U.S. District Judge, including the one that was

11    filed yesterday.

12           The Court has provided Mr. LeFande at least three

13    opportunities, possibly four -- one occurring after the

14    recess and the remainder before -- to comply with the order

15    to take the witness stand and to be sworn.  Not withstanding

16    an opportunity to confer with his counsel during the recess,

17    Mr. LeFande has refused to do so.

18           The Court finds that the refusal to do so is

19    violative of the order of this Court, in the presence of

20    this Court and, additionally, serves to obstruct the

21    administration of justice for the reasons set forth in

22    detail in multiple orders of the Court, culminating in the

23    one entered yesterday.

24           The Court now imposes a fine of $5,000, to be paid

25    within the next 14 days.
```

1           Next on our agenda -- before the next item on our

2      agenda, I will turn to you, Mr. Thompson.  I believe it is

3      appropriate that the Court permit you an opportunity to do

4      one of two things:  That is, one, to read into the record

5      the questions that you would have asked, had Mr. LeFande

6      taken the stand to be sworn -- taken the stand and been

7      sworn, or, two, if you prefer to file the questions as an

8      exhibit.  Are you prepared to answer that question now or do

9      you need a moment to consult with your client?

10          MR. THOMPSON:  Your Honor, we just need a moment

11     to consult.

12          THE COURT:  Of course.  Would you like a recess or

13     are you able to accomplish that in just a moment or two?

14          MR. THOMPSON:  Just a moment, Your Honor.

15          THE COURT:  Very well.  As I indicated, you may

16     read the questions into the record.  The court reporter is

17     present.  As you can see, she is transcribing.  There will

18     be a record of the questions.

19          Alternatively, you may submit the questions in the

20     form of an exhibit, which you will file.

21          MR. THOMPSON:  Your Honor, the notes I have with

22     me do have some questions, however, they do have some of my

23     own personal notes.  I would like to redact those, if we

24     were to submit those as an exhibit.

25          THE COURT:  Very well.

1          MR. THOMPSON:  May we also have permission to

2     submit the exhibits that would be used?

3          THE COURT:  Yes.  Mr. Thompson, I can hear you,

4     but to in order to ensure that we have a clear record, would

5     you come to use the podium microphone, please.

6          MR. THOMPSON:  Certainly, Your Honor.

7          As I was stating, the questions that I have

8     prepared do have some of my own personal notes.  I would

9     like the opportunity to reform those and submit those as an

10    exhibit, along with the documents that I was going to

11    question Mr. LeFande about.

12         THE COURT:  Very well, you may.

13         That leads me to the third agenda item.  The Court

14    previously stayed consideration of the plaintiff's motion

15    for an order to show cause why Mr. Day's counsel should not

16    be held in contempt.  It appears that it is appropriate to

17    permit a brief period of time for the plaintiff to

18    supplement the motion, and the period of time provided by

19    the rules for Mr. LeFande to file an opposition or other

20    response to the supplement, and for the plaintiff to file a

21    reply.

22         The Court has determined that a period of no more

23    than 14 days from today, that is, by August -- excuse me,

24    October 5th, 2017 is an appropriate time for the

25    plaintiff -- or, an appropriate deadline for the plaintiff

1     to file a supplement to the motion as to which the Court

2     stayed consideration for the express purpose of providing

3     Mr. LeFande with an opportunity to be deposed.

4              The Court will require that the opposition or

5     other response to the supplement be filed no later than 14

6     days from the filing of the supplement.  I have not set a

7     date by design, because I do not know when the supplement to

8     the motion will be filed.  But, the opposition will be due

9     14 days thereafter, and the reply will be due seven days

10    after the opposition is filed, assuming the timely filing of

11    an opposition.

12             With that, we are prepared to recess.  Thank you

13    very much.

14                             *   *   *

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL COURT REPORTER


        I, JANICE DICKMAN, do hereby certify that the above

and foregoing constitutes a true and accurate transcript of

my stenograph notes and is a full, true and complete

transcript of the proceedings to the best of my ability.

                    Dated this 11th day of May, 2018.




                    /s/_____

                    Janice E. Dickman, CRR, RMR
                    Official Court Reporter
                    Room 6523
                    333 Constitution Avenue NW
                    Washington, D.C. 20001