# MATTHEW AUGUST LEFANDE
Attorney at Law PLLC

**MEDIA**

**Matt's litigation in the news.**

Contempt for Attorney Who Refused to Testify Against Dead Client

Wilson v. Navy featured in SCOTUSblog Petition of the Day

Bardo River Brewery Opens

Federal Circuit Won't Revive Navy Analyst's Termination Suit

Bardo River Brewery Gets Approval – Can Stay Open til Midnight

Bardo River Brewery Sues District Agency, Citing Improper Communications

Bardo May Close if 2nd Location Approved

No Free Speech for Officer Criticizing Operations, Superiors

Washington Brew News

Paul Leitner-Wise Takes LWRC and Sig Sauer to Court

Did a Neighborhood Beef Lead to Cops Seizing This Man's Dog?

No Knock Raid Over Alleged Animal Cruelty Leads to Lawsuit by Man Who Just Wants His Dog Back

Pooch's Treatment at Heart of D.C. Civil Case


EXHIBIT 24

Gay cop sues city for release of email, phone records

Court Enters Judgment Against Commissioner Henderson

Transgender volunteer sues Howard for discrimination

Why Was PSPD Chief Lou Cannon Fired?

D.C. fires 2 top officials in the city's property security department

U.S. Court of Appeals Upholds D.C. MPD Police Officers First Amendment Retaliation Case

D.C. Circuit Hears Fourth Amendment Case On Withdrawn Warrant

Officials condemn police tactics in arrest of 2 guards at day care

**And maybe someone wrote part of a book about him,**

The Rights of the People: How Our Search for Safety Invades Our Liberties