**Matthew LeFande**
February 27 ·

Thanks, but I'll hold on to my integrity if you don't mind.



LAW.COM
**Judge Upholds Contempt for Va. Attorney Who Refused to Stand for Deposition | National Law Journal**

2                                                                                                                    3 Comments

| Like | Comment | Share |

 **Paul Leitner-Wise** Well that's a little one-sided! I have to say, the corruption in the judiciary runs deep thanks to the Obama indoctrinated appointments

Like · Reply · 21w

 **Matthew LeFande** I'm embarrassed for the complete disregard for the rule of law by all of them

Like · Reply · 21w

 Scott Pardi replied · 2 Replies

 **Susan LeFande** "LeFande's actions made it clear he intended to misbehave."

Sounds about right 😂



EXHIBIT 25