IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE, a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANITA K. WARREN, et al.,<br><br>    Defendants. | Civil Action No.: 1:14-cv- 1808 ABJ DAR |
| In re Deposition of Matthew A. LeFande, Esq. | Misc. No.: 1:17-mc-02466-ABJ-DAR |

**DISTRICT TITLE'S MOTION REQUESTING AN EXTENSION OF TIME TO SUBSTITUTE PARTY**

District Title, a Corporation ("District Title"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 25, respectfully requests that the Court enter an order granting District Title an extension of time within which to substitute a party pending the appointment of a personal representatives for Anita K. Warren and Timothy Day. In further support of this Motion, District Title invites the Court to the accompanying Memorandum of Points and Authorities.

4013939v.1

Date: July 30, 2018                                             Respectfully submitted,

                                                                              /s/  David H. Cox

                                                            David H. Cox, Esquire
                                                           D.C. Bar #250167
                                                           Brian W. Thompson, Esquire
                                                           D.C. Bar #496467
                                                           JACKSON & CAMPBELL, P.C.
                                                           1120 20th Street, NW, South Tower, Ste. 300
                                                           Washington, DC 20036
                                                           (202) 457-1600
                                                           (202) 457-1678 (fax)
                                                           dcox@jackscamp.com
                                                           bwthompson@jackscamp.com
                                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2018, I served Matthew August LeFande, Esquire, counsel for Defendants, and Horace Bradshaw, Esquire, counsel for Matthew LeFande, with a copy of this Motion by via ECF.

                                                           /s/  David H. Cox

                                                           David H. Cox

## CERTIFICATE REGARDING DUTY TO CONFER

At the hearing held July 27, 2018, Mr. LeFande stated that he no longer represented parties in this action due to their deaths, and therefore could not oppose District Title's request to extend the time for substitution of parties.

                                                           /s/  Brian W. Thompson

                                                           Brian W. Thompson