**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT TITLE, a corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>ANITA K. WARREN, et al.,<br><br>　　　Defendants. | Civil Action No.: 1:14-cv- 1808 ABJ DAR |

| | |
|---|---|
| In re Deposition of Matthew A. LeFande, Esq. | Misc. No.: 1:17-mc-02466-ABJ-DAR |

## ORDER

Upon review and consideration of District Title's Motion Requesting an Extension of Time to Substitute Party, any opposition thereto, and the entire record herein, it is hereby this ___ day of _____, 2018,

**ORDERED**, that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the time period in which a motion to substitute a party pursuant to Fed. R. Civ. P 25 is hereby extended to November 5, 2018.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT
　　　　　　　　　　　　　　　　　　　JUDGE AMY BERMAN JACKSON

Copies to:

David H. Cox, Esquire
Brian W. Thompson, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower, 3rd Floor
Washington, D.C. 20036

Matthew August LeFande, Esquire
Attorney at Law PLLC
4585 North 25th Road
Arlington, V.A. 22207

Horace Bradshaw, Esquire
1644 6th Street NW
Washington, DC 20001